The Honorable J. Randal Hall      July 29, 2025

     It is with deepest regret that I am writing this letter. I accept responsibility for Aiding and Assisting in the filing of false income tax returns. It is with contrition that my actions caused the Federal Government to extend their resources for my appalling behavior.

     Adding to my regret is the remorse I feel for the pain and grief I've caused the Internal Revenue Service. As I ponder on my actions and the decisions I have made, I feel like a let down. There are so many people struggling and in need of the IRS and benefits that come with that service and I took advantage of those services. I pray daily that they would forgive me of my lies and greed.

     I recognize the seriousness of my charges and express sincere regret for all of my actions that contributed to the violation of federal tax laws. With the full understanding of the legal implications and consequences associated with those actions, I accept the findings of the court and is prepared to cooperate fully with

July 29, 2025

all directives and requirements issued by the court.

   I am praying for Jesus strength and forgiveness throughout this process. I am blessed with family and friends that love me inspite of my down-falls and wrong doings. I enjoy being able to sing in the choir and give back to my community through fundraisers, turkey drives, holiday give aways, backpack give aways, and so much more. I would treasure the opportunity to continue my works in the community that God has called me to do.

   I pledge to act with integrity and accountability moving forward. I pray that the court will have leniency and forgive me for my actions.

With Deepest Regrets,

Kim Brown
*Kim Brown*

July 29, 2025