To The Honorable Judge J. Randall Hall

I am writing this letter in support of my dear friend and fellow church member, Kim Brown, who is currently before the court. I have had the privilege of knowing Kim for six years and over that time, our bond has grown from friendship to family. I would like to speak about her character, which I have seen demonstrated consistently over the years.

Kim is one of the kindest, most compassionate, and trustworthy individuals I know. As a member of our church community, she has always been present and not just in attendance but in action. Whether it's helping organize events at the church, supporting those going through difficult times, or quietly assisting families in need, Kim has always stepped up without expecting recognition or reward.

Personally, she has been there for me and others during some of life's most challenging moments. Her steady presence, listening ear, and giving spirit have touched more lives than I can count. This is not someone who acts with selfish intent, but rather someone who consistently puts others before herself.

While I understand and do not excuse the seriousness of the charges, I believe this situation is not representative of who Kim truly is. She has shown sincere remorse and is committed to making things right. I believe that, given the opportunity, she will continue to be a positive influence in and on the lives of those around her and in our community.

I respectfully ask that you consider the totality of Kim's character when making your decision. Thank you for taking the time to read my letter.

Sincerely,

Felicia Williams

Your Honor,

I write this statement on behalf of my beloved niece, Kim Brown, with a heart full of honesty, humility, and hope. I am Brenda Wyche, Kim's aunt, and I have known her since the day she was born. I respectfully ask that you allow me to present my perspective on Kim's character and make a plea for mercy in your final judgment.

First and foremost, Kim has openly admitted her faults and the wrongs she has committed in aiding and abetting the improper handling of tax returns. She does not shy away from the truth of her actions, nor does she seek to excuse them. Kim has expressed deep regret for the harm caused, and she understands the gravity of her mistakes.

Throughout her life, Kim has always strived to do what is right and godly. She was raised in a home that valued faith, honesty, and service to others. Her actions in this matter are completely out of character for her, and she has carried this burden with a genuine sense of remorse. I have witnessed Kim's efforts to live honorably, to care for those in need, and to extend generosity even when she had little to give. She is the type of person who would give the shirt off her back to help a stranger or a friend. Time and again, she has gone out of her way to assist family members, neighbors, and members of her church community.

I humbly ask the Court to show mercy, to take into account Kim's remorse and her otherwise exemplary record as a caring and selfless woman. Kim is not hardened or indifferent to the seriousness of her actions. Instead, she stands ready to make amends, to pay back what is owed, and to restore the trust she has broken. She wishes for nothing more than a chance to prove that this lapse in judgment does not define her entire character.

For these reasons, I respectfully request that the Court consider granting Kim a probated or probationary sentence, rather than federal prison time. She is eager and willing to pay restitution and fulfill any requirements necessary to make things right. Kim deserves an opportunity to rebuild her life, contribute positively to her community, and demonstrate through her actions the true measure of her character.

Thank you, Your Honor, for allowing me to speak on Kim's behalf. I trust in your wisdom and fairness, and I pray that you will show compassion as you determine her fate.

Respectfully,

Brenda Wyche

06/11/2025

To whom it may concern,

My name is Victoria Starling, and I am honored to write this character reference on behalf of Kim Brown, whom I have known for nearly two years. During this time, Kim has demonstrated exceptional integrity, compassion, and leadership, consistently supporting my family and the community through her actions and faith. She is a dedicated member of her church, exemplifying selflessness—such as opening her building during Hurricane Helene to provide shelter and sustenance to those in need. Kim's humility, honesty about her imperfections, and her unwavering commitment to serving others reflect her strong moral character and deep faith. She has been a true friend and a spiritual sister to me, and I wholeheartedly believe she embodies the qualities of a remarkable woman and community pillar.

Based on my extensive and personal knowledge of Kim, I can confidently attest to her being an exceptional mother not only to her son but also to her stepdaughters, as well as a warm and welcoming presence to my children. She exemplifies outstanding motherhood, serves as an excellent role model, and is a dedicated wife. I wholeheartedly support her as a sister in Christ, believing in the importance of second chances and the opportunity to learn and grow from past mistakes.


Sincerely,

Victoria Starling

*Victoria Starling*

Frankie Scott
3220 Crown Jewel CT.
Winter Park, Fl 32792
(850)408-3459
FrankieLove25@hotmail.com

Dear Sir or Madam,

My name is Frankie Scott. I am a retired Correctional Officer for over 14 years, working in the prison(s) and jail. I also, was a teacher for over 5 years. So, I would say that I been around unconventional characters(s) of people.

I am writing this letter about Kim Brown, who is set to appear before you on her court date. I am going to offer a fuller picture of her as a person of inspiration. Kim Brown is my little sister and my best friend; I have known her for 40 years.

She is the most kindness and generous person, who has always put others first and will give you the shirt off her back. Ever since my sister was a toddler, she always has a smile on her face. And her laugh is a ball of fresh air. You can hear her laugh a mile away.

I have always been impressed by Kim's heart, no matter how many times a person or people mistreated her she still forgave them and gave them her last, even when she needed it for herself. Kim always had a heart to help people, especially people who was experiencing hardship(s) and the elderly. That kind passion led to her having an occupation, as a CNA and later was pursuing a career as a Register Nurse. I can say anytime that I needed her, she was there, and I didn't have to ask. This is the kind of person that she is.

A couple of years ago My son and I face some financial hard ship(s) that almost to a point of becoming homeless. But, because of Kim I have a place to call home, for my son and I, it's been many other times when she gave without anything in return, but I don't have enough time to type, because you would be reading for days.

She has always taken part in volunteering to help with projects at her church and with non-profit organization(s). Kim helped local people and surrounding areas with donations of clothes, food, money, prayer(s) and her time. It shows in her commitment that she tried to make her city and the needs of the people.

Lastly, I understand the charge(s) that she might be face with. I am praying that the court will consider the moral character, and the influence Kim has on her church, family, friends and community when making your decision,

Thanks,

Frankie Scott

On Monday, August 18, 2025, 6:35 PM, Trai Williams <ministertrai@gmail.com> wrote:

To whom it may concern.

My name is Reverend Trai Williams and I am the assistant pastor at Lighthouse Christian Fellowship Baptist Church where Sister Kim Brown is an active member.

Having met Kim some 7-8 years ago I've had a chance to watch her intimately as she's overcome life's obstacles to blossom into a leader. One of the signs of a true leader is not  letting your own problems overshadow the problems of the collective, I've witnessed her do this repeatedly.

Part of the reason our church has grown is because of her efforts to pickup people for church, lead songs in the choir and take personal time to work with those that need one on one counseling. That is invaluable to the kingdom of God, to us as a collective and to us individually.

Sister Kim is not a career criminal. She is someone who has confessed her past mistakes, admitted accountability for bad judgment and has not been in trouble before or after this incident.

Not only is Kim my church member, she is my friend. She has been a good friend to my wife and I when we needed someone, so I implore mercy from the court. Just like she prays for my family and intercedes on our behalf, I'm petitioning the court on hers.

I'm writing this letter with the hope that her consistently good character and repentant heart will outweigh any temporary lapse in judgement.

Yours in Christ,
Reverend Trai Williams

Assistant Pastor
Lighthouse Christian Fellowship Baptist Church
2877 Lumpkin Road, Augusta, GA 30906

Cell: 706.394.5122
Office: 706.750.9779
ministertrai@gmail.com

To whom it may concern,

My name is Roy Lee, and I'm writing this letter on behalf of my cousin, Kim Brown. I've known Kim for over 30 years not just as family, but as someone I deeply admire and care about.

Kim is one of the kindest and most loving person [sic] I know. She's the type of person who shows up when you need her, no questions asked. Whether its checking on the elderly neighbors, organizing food drives or mentoring young people in the community, Kim gives her time and energy without expecting anything in return. She genuinely cares about people, and it shows in everything she does.

I know she is facing a difficult situation right now, but I do want to say that this does not define who she is. She's someone who learns from all mishaps and keeps moving forward with grace and humility. I hope you will consider this letter as a reflection of the real Kim Brown. The one who loves deeply, gives generously and makes the world better just by being in it.

Thank you.

Sincerely,

Roy Lee

## (see original letter on following page)

August 11, 2025

To whom it may concern,

My name is Roy Lee, and I'm writing this letter on behalf of my cousin, Kim Brown. I've known Kim for over 30 years not just as family, but as someone I deeply admire and care about.

Kim is one of the kindest and most loving person I know. She's the type of person who shows up when you need her, no questions asked. Whether its checking on the elderly neighbors, organizing food drives or mentoring young people in the community, Kim gives her time and energy without expecting anything in return. She genuinely cares about people, and it shows in everything she does.

I know she is facing a difficult situation right now, but I do want to say that this does not define who she is. She's someone who learns from all mishaps and keeps moving forward with grace and humility. I hope you will consider this letter as a reflection of the real Kim Brown. The one who loves deeply, gives generously and makes the world better just by being in it.

Thank you
Sincerely,

Roy C. Lee

**CHARACTER REFERENCE LETTER**

To Whom This May Concern

My Name is Melba Scott-James, and I am writing this letter of reference about Kim Brown with whom I had the pleasure of knowing for more than 4 years, to clarify and defend her good judgment.

Kim Brown has demonstrated numerous qualities as a valuable person both in our church, community and society. She is a Christian, a Woman after the Heart of God. She is not just a church goer, but a doer and faithful worker in our church as well as the community. Kim is an awesome singer and lends her beautiful voice to The Lighthouse Christian Fellowship Baptist Church's Combined Choir as well as The Lighthouse Women's Choir, where she is one of the Directors. In addition, Kim is instrumental to other ministries in our church such as The Lighthouse Women's Ministry, The Lighthouse Poetry Slam Team and donations to our Lighthouse Youth Choir.

During late September and early October when Augusta was devastated by the winds and rains that left families without electricity, water and life's essentials. Kim Brown provided a place for church members and the community to come and bathe, eat and stay many nights until they were able to get back into their homes. I personally had to fall to the kindness of Kim. I am a person that works from home, and I too had to go to her facility to work because my electricity was out. This act of caring and kindness allowed me to be able not to lose pay. Thank you, Kim Brown. She would not accept any compensation for her services. A true giver!

Under this pretext, I strongly recommend and ask the court to see the kind, loving and needed individual in the church and community that Kim Brown is and I hope and pray you consider this reference letter when determining the outcome of this case.

In case you need any further information, please, do not hesitate to contact me.

Sincerely,

Melba Scott-James

925 Innisbrook Dr

Evans, GA 30809

404 219-6147

Melbajames53@gmail.com

August 18, 2025

Dear Your Honor,

I'm Michelle Robinson the sister of Kim Brown. I've known Kim Brown all fourty years of her life. Our mother passed and we were raised by our grandparents. That roots old fashion values of the Ten Commandments, that we have applied to our every day life. From a young child, Kim has always had a big heart. She's a kind hearted human being that has help her family, friends, and the community. She's a loving mother that encourage her son to be productive in church events, work hard, and to be a law abyding citizen. I've known my sister for fourty years and she is a law abyding citizen, that will help you, not take from you. That's why I'm writing this letter to defend my sister character, because she is a pillow of the community, she's the first lady, that helps in her church, and she's a genuine caring person to all she meets.

Please take in consideration she doesn't have a criminal back ground. I'm respectfully asking for your decision be in favor of Kim Brown by dismissing the case.

I'm willing to discuss this character letter further if needed.

Thank you for your time and your consideration in this matter.

Respectfully,
Michelle Robinson
MichelleRobinson275@Gmail.com
407 649 0781

August 16, 2025

To whom it may Concern,

My name is Fabrian Lewis and I'm writing this character letter for Kim Brown, whom I have known for over 15 years as family and a friend. Throughout the years I have known Kim, I have perceived her to be a person with great values and strong integrity. She personifies the woman who is God fearing, hard-working and caring.

Kim has consistently been there to give a helping hand to anyone in need, rather it was a community event, offering words of encouragement or helping with Church fundraisers, she has steadily shown kindness and respect to all. There were times when I needed help and she never wavered, whether it was through prayer, financially, or just showing up to be there. I can truly say with total confidence, that Kim has and will always be a great, honest and loveable person.

Thank you,
Sincerely,
Fabrian Lewis

To Whom it May Concern,

My name is Latoya Reese, and I am a member of Lighthouse Fellowship Baptist Church. A little over a year ago, Kim Brown and I met a Choir Practice. For I have been knowing her for 2 years. Where we both attended Lighthouse Fellowship Church. The Following is the most accurate account I can give pertaining to our time together, which has been 2 or 3 times a week, with each meeting over 2 hours. My hope is this account will shed some light on her character also the progress she has made in our time together. Kim has always displayed great charisma, cheerfulness and respect to each person in her life. If someone needs help, she is eager to asset however she can. One specific example that comes to mind is When my father passed, she offered her constant love and support and encouragement for me and my family during our difficult time. During our conversations that we have, she is always excited to share with me progress that she has made in her life spiritually. Kim has made tremendous efforts to improve constantly studying the Bible and relying on its foundation in which to use to base better and positive decisions. She has a heart that extends beyond just herself and church, but also family and community. She has a mighty heart for God. She is a very loving and patient person. She participates with singing on the choir and counseling the woman at the church and community. And despite the accusations of what was said or happened. Kim Brown is an Honest Woman of God. Who loves herself and family. I am proud of the woman God is developing her to be.

Sincerely Latoya Reese

*Latoya Reese*

To whom I may concern,

My name is Sean Glover, and it is a privilege to be writing this letter on behalf of Mrs. Kim Brown for she is an amazing woman of faith and an inspiration to many.  I have known Mrs. Brown for the past several years through shared ministries at Lighthouse Christian Fellowship Baptist Church, located at 2877 Lumpkin Road, Augusta, GA. I was first touched by her singing in our church choir.  Her voice is amazing and able to refresh one's soul, truly.

Later, she became an integral member of other ministries. For example, she supported the nursery many times when the regular person became ill and later retired.  Our church would not have been nearly as successful in this ministry, if not for her willingness to bridge the gap until other members of our church accepted their calling in this area.

She also, supports youth girl activities. Going as far as to purchase supplies for the children and offering to bring them to and from church activities and services. Most notably, during a youth girls' activity regarding self-esteem, purpose and poise, Mrs. Brown gave the products she had purchase for herself, to several girls who appeared to be without.  This was done with the utmost discretion.  The girls were so happy that they were able to participate and it made all the difference in they world in their attitudes. While this may seem like such a small thing to some, if it were not for Mrs. Brown's kindness and generosity, those girls would not have had the same wonderful experience the other girls had regardless of their family's social status.

It has been my experience that Mrs. Brown has an enthusiastic approach to meeting personal and professional goals within the church environment. She has a natural flair for keeping people encouraged and with that she has significantly enhanced the music ministry's ability to lead people into worship.

She has demonstrated extraordinary perceptiveness regarding the needs of others, which is a staple in the heart of a servant-leader, which is what she is considered. She was instrumental in assisting a member of the church to obtain a new car after theirs was totaled in an accident. Always discreet, no one outside of the recipient ever knew that Mrs. Brown was responsible for the self-less act.

Another example of Mrs. Brown's graceful manner was when another person needed repairs on their vehicle but did not have the monies available to them.  Mrs. Brown's compassion and sense of community gave her the foresight to unselfishly contribute not just her time but also monetarily.

She has donated, anonymously as not to bring attention to herself, whatever was lacking during back-to school activities and having a school-aged son of her own, she never missed a beat.  This includes but is not limited to backpacks, shoes, school supplies and really whatever was needed for a child to have a great start at the beginning of the school year.

Another example of her noble character was expressed when our church hosted a Christian women's brunch.  There were a lot of moving parts but she possessed a remarkable ability to adapt to change readily and with grace.  Her affable personality and candor make her someone you want on her team. She has an unlimited ability/potential to achieve greatness.  Mrs. Brown is admired for her kind and gentle spirit and her unquestionable devotion to God and His people. She is dignified in presence and appearance and she owns unshakable and unyielding character, in spite of her current circumstance.

If there are any questions at all, please feel free to reach out to me at (706) 288.5051, without hesitation.

Kindest regards,

Sean Glover

To Whom It May Concern,

It is with deep respect and sincere admiration that I write this character reference for Kim Brown. I have had the distinct privilege of witnessing Kimberly's journey over the years, and I can say without hesitation that she is a woman of unwavering integrity, compassion, and spiritual depth.

Kim's foundation in Christ is not merely professed—it is lived. Her faith informs every aspect of her life, from the way she interacts with others to the quiet, consistent sacrifices she makes for those in need. She selflessly gives of her time, resources, and presence, often without recognition or expectation of return. Whether it's through prayer, mentorship, or providing essential items to children and teenage girls who need a helping hand, Kim's generosity flows from a heart that seeks to uplift and empower.

Her contributions to the well-being of young people, especially girls navigating difficult circumstances, have been both impactful and enduring. She has served as a quiet force of hope, offering not just material support but emotional and spiritual encouragement. Kim understands that sometimes all someone needs is a gentle push in the right direction, and she has been that guiding presence time and time again.

What sets Kim apart is her humility and accountability. She is not only teachable but actively seeks growth. I have watched her examine herself with honesty and grace, taking responsibility for her choices and striving to be a better steward of her influence within her family and community. Her willingness to forgive and extend grace to others is a testament to her profound spiritual maturity.

Kim is also a natural coach—empathetic, insightful, and encouraging. She meets people where they are, listens intently, and offers wisdom rooted in experience and faith. Her psychological and spiritual growth over the years has been remarkable, and it continues to inspire those around her.

In every sense of the word, Kim Brown is a woman of character. Her life is a testament to the power of faith, service, and personal transformation. I ask the court to consider sentencing her to purposeful community service, compelled by her newfound life's work to minister to others and

guide them toward meaningful lives. Any opportunity that allows her to channel this growth into uplifting and influencing others would be a fitting and powerful continuation of her transformation. To be precise, I would love the opportunity for her to work with underprivileged female youth at Lighthouse Christian Fellowship Baptist Church (LCFBC), who need guidance in understanding and navigating life's processes, rather than relying on instinct to simply survive.

Sincerely,

*(Driana Cook)*

304.553.4671

Youth Pastor at LCFBC

Your Honor,

I am Henrietta Jones, and I humbly write to you as a grandmother, a neighbor, and a witness to the lives and hearts of my grandson, Allen Brown Jr., and his wife, Kim Brown. I wish to share with the Court my sincere belief in their character and to speak to the profound remorse they feel regarding their respective charges of wire fraud and aiding and assisting taxes.

I have known Allen since the hour he was born, and I have watched him grow into a caring and responsible man. From the age of fifteen, Allen has helped me with unwavering devotion—driving me to my appointments, ensuring I have all my medicines each month, and making sure I have food to eat, even when my resources are scarce. His wife, Kim, has joined him in this compassion, always extending kindness not only to me, but to our wider community.

Their generosity goes far beyond family. Both Allen and Kim have continually dedicated themselves to serving the CSRA community, their church, and anyone in need. They have provided support, comfort, and practical assistance—never seeking praise, but simply answering the call to serve others, as their faith compels them.

Allen has confided in me daily, expressing deep regret for the choices he made and the consequences those decisions brought to Kim. His intention was to help people by involving her as a business owner, not to cause harm or wrongdoing. The weight of this mistake burdens him profoundly, and Kim shares this sorrow deeply.

Despite their current situation, Allen and Kim remain steadfast in their love for others, their devotion to their children, and their commitment to making amends. I truly believe they are good people who have stumbled, but whose hearts and actions speak loudly for their intent and their capacity to change.

Your Honor, I respectfully and earnestly ask the Court to consider probation, rather than prison time, for both Allen and Kim. They are the primary caregivers of their children, and their presence at home is vital—both for the wellbeing of their family and for their ability to repay any restitution ordered by the Court. I am confident you will never have any problems from them, and that they will abide by every condition set forth, making every effort to do right.

Thank you for your time, consideration, and understanding. I pray for mercy, knowing that in your wisdom you will see their hearts as I do.

Respectfully yours,

Henrietta Jones

Your Honor,

I am writing this character reference letter with the utmost sincerity and heartfelt conviction on behalf of my nephew, Allen Brown Jr, and his wife, Kim Brown. My name is Paul Brown Jr, and I have had the privilege of knowing Allen from the moment he entered this world. I have watched him grow, persevere, and become a man of extraordinary character. Through every season of life, Allen has shown an unwavering commitment to his family, his community, and to the principles of kindness, integrity, and generosity.

Allen is not just my nephew; he is the backbone of our family. Since the tender age of fifteen, when most young people are still learning to navigate life, Allen took on the immense responsibility of caring for our entire family. He made sacrifices well beyond his years, ensuring not only his siblings and grandmother but all of us—including myself—were provided for and supported. Allen's sense of duty did not waver when he left to serve in the military. Even while fulfilling his commitment to our country, he continued to uphold his role as caretaker, sending what he could home, making calls to check on us, and returning whenever duty allowed to step right back into the lives and needs of his loved ones.

His wife, Kim Brown, shares and amplifies Allen's compassionate spirit. Together, they have built a partnership rooted in faith, kindness, and service. Kim stands side by side with Allen, extending her hand not only to our family but to anyone in need. Their marriage is marked by a mutual commitment to doing good, lifting burdens, and encouraging hope in those who have little.

I wish to share some personal testimony of the impact Allen and Kim have had on my life. For the past three years, I have been battling failing kidneys—a journey fraught with uncertainty, pain, and fear. Yet, throughout this dark time, Allen has been my guiding light. He ensures I receive my medication, pays for my prescriptions and drives me to my hospital visits and appointments with unwavering reliability. There were days when I did not know if I would see the next sunrise, but Allen's care has given me hope and the strength to carry on. Without his help, I truly do not know when I would take my last breath. His wife, Kim, has also been present every step of the way, offering comfort, helping at home, and making sure I feel a sense of dignity and love even in my weakest moments.

Allen and Kim compassion is not reserved just for me. He continues to support my mother which is his grandmother, his siblings, and anyone in need. There is no request too small, no need too great. He has never turned away from a challenge or a plea for help, and his faithfulness has been the foundation on which our family stands.

Allen and Kim's generosity is felt far beyond our household. Their kindness radiates throughout our community, touching countless lives. Whether it is preparing back-to-school supplies for children who might otherwise go without, organizing turkey and ham giveaways and hot plate meals for those who have no food during the holidays, or helping people pay their utility bills and Christmas expenses, Allen and Kim have continually answered the call to serve. Their acts of goodwill are not limited to a select few—they have blessed thousands of individuals and families over the years, regardless of race, creed, or background.

They are active members of their church and embody the values of true Christianity—living out the gospel through action, compassion, and a willingness to give the very shirts off their backs. I have witnessed them welcoming strangers, comforting the broken-hearted, and providing a safe haven for those who have nowhere else to turn. Their kindness is not performative but authentic, grounded in a deep sense of responsibility to their neighbors and faith in God.

Allen and Kim are deeply remorseful for the mistakes that have brought us all before your court today. Their actions, though misguided, were not motivated by greed or selfishness, but by a desire to help others during tax season—particularly those struggling to make ends meet. They never sought personal gain and, in fact, they jeopardized their own well-being and security to support people in need. Allen has always been a man of his word, devoted to repaying every dime owed and ensuring his family's honor and reputation remain intact.

They fully recognize the seriousness of their actions against the IRS and accept responsibility. It is important to understand the context of their intentions—they wanted to make a difference for families who were suffering, and in doing so, made choices they now regret. Their sorrow is genuine, and their resolve to make amends is unwavering.

Your Honor, I humbly ask that you consider granting Allen and Kim probation instead of jail time. Not only does their family depend on them—particularly the small children who need the presence and guidance of their parents—but our entire community relies on the support and stability they provide. If they are incarcerated, the ripple effects will be felt by so many: from their children, who need nurturing, to elderly family members like myself and mother, who need assistance with medication and transportation. Their absence would leave a void that cannot easily be filled.

Probation would allow Allen and Kim to continue serving their family and community, to make restitution, and to prove through daily action that their remorse is real and their intentions honorable. I am confident that, given the opportunity, they will make every effort to right their wrongs and restore trust.

Allen Brown Jr and Kim Brown are extraordinary individuals whose lives have been devoted to helping others. Their faith, compassion, and tireless service have left a lasting mark on our family and our community. Though they have made mistakes, their character and commitment to making things right are beyond question. I respectfully urge the court to grant leniency and allow them to remain at home, where they are needed most.

Thank you for your time and consideration.

Respectfully,

Paul Brown Jr

June 20, 2025

Georgette Magwood
1852 Gordon Highway
Augusta, GA 30904
gmagwood@comcast.net
706-339-0438


June 20, 2025

Randy Frails, Attorney
Frails and Wilson Law


**Letter of Reference for Allen and Kim Brown**

To Whom It May Concern:

I have known Mr. and Mrs. Brown for several years. During that time, I have seen their compassion for those less fortunate. They contribute regularly to campaigns to assist those who are struggling to feed their families, put clothes on their backs, purchase school supplies for their children, provide a good Christmas for their families, and assist with paying for utilities among many other supportive efforts. They have demonstrated that they have a heart to help those in need.

Mr. and Mrs. Brown are active in the church. They have attended and supported many functions that my church sponsors. They are praying people that will unite with me and my church to pray for the success of the church and the individual members. Mr. Brown has assisted several members of the church with small jobs to help them through a difficult time.

As the pastor for 25 years, I can say that Allen and Kim Brown are the most caring and compassionate persons that I know. They truly are good Samaritans.

Please feel free to contact me at 706-339-0438 or gmagwood@comcast.net if you have any questions or need further information.

Sincerely,

*Georgette T. Magwood*

Reverend Dr. Georgette T. Magwood